UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANAKARINA AVILEZ,<br>*on behalf of herself,*<br>*FLSA Collective Plaintiffs, and the Class,*<br><br>                  Plaintiff,<br>  v.<br>BTTR BEAUTY LLC<br>    d/b/a TOMY RIVERO BEAUTY LAB NAIL SALON,<br>and TOMY RIVERO,<br>                  Defendants. | Case No.: 1:22-cv-00097<br><br>**NOTICE OF ACCEPTANCE**<br>**OF OFFER OF JUDGMENT** |

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Anakarina Avilez hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated March 14, 2022, and annexed hereto as **Exhibit A**.

Dated: March 15, 2022                            Respectfully submitted,

                                       By: _____
                                                   C.K. Lee, Esq. (CL 4086)
                                                   LEE LITIGATION GROUP, PLLC
                                                   148 West 24th Street, 8th Floor
                                                   New York, NY 10011
                                                   Tel.: (212) 465-1188
                                                   Fax: (212) 465-1181
                                                   *Attorney for Plaintiff*