UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANAKARINA AVILEZ,<br>*on behalf of herself,*<br>*FLSA Collective Plaintiffs, and the Class,*<br><br>      Plaintiff,<br> v.<br>BTTR BEAUTY LLC<br> d/b/a TOMY RIVERO BEAUTY LAB NAIL SALON,<br>and TOMY RIVERO,<br>      Defendants. | Case No.: 1:22-cv-00097<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

 **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants BTTR BEAUTY LLC, and TOMY RIVERO (collectively, "Defendants"), having offered to allow Plaintiff ANAKARINA AVILEZ ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of all relief prayed for by Plaintiff, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 14, 2022 and filed as Exhibit A to Docket Number 13;

 **WHEREAS**, on March 15, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 13);

 It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ANAKARINA AVILEZ, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 14, 2022 and filed as Exhibit A to Docket Number 13. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2022    _____
   New York, New York              U.S.D.J.