UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/22
```

ANAKARINA AVILEZ,
*on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

               Plaintiff,

  v.

BTTR BEAUTY LLC
   d/b/a TOMY RIVERO BEAUTY LAB NAIL SALON,
and TOMY RIVERO,

               Defendants.

Case No.: 1:22-cv-00097

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants BTTR BEAUTY LLC, and TOMY RIVERO (collectively, "Defendants"), having offered to allow Plaintiff ANAKARINA AVILEZ ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of all relief prayed for by Plaintiff, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 14, 2022 and filed as Exhibit A to Docket Number 13;

    **WHEREAS**, on March 15, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 13);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ANAKARINA AVILEZ, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 14, 2022 and filed as Exhibit A to Docket Number 13. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____April 7_____, 2022
       New York, New York

_____
United States Circuit Judge
Sitting by Designation